IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KEVIN BROWN,<br>   Petitioner, | : | |
| v. | : | Civ. No. 13-4555 |
| JOHN W. KERESTS, *et al.*,<br>   Defendants. | : | |

FILED

MICHAEL E. KUNZ, Clerk
By _____ Dep. Clerk

## ORDER

**AND NOW**, this 20th day of November, 2013, upon consideration of Kevin Brown's Petition for habeas relief pursuant to 28 U.S.C. § 2254, Defendants' response, and the Report and Recommendation of the Magistrate Judge, to which no objections have been filed, it is hereby **ORDERED** as follows:

1. The Report and Recommendation (Doc. No. 6) is **APPROVED** and **ADOPTED**;

2. The "Petition for Writ of Habeas Corpus" (Doc. No. 1) is **DISMISSED** without an evidentiary hearing as untimely; and

3. A certificate of appealability shall not issue.

              **AND IT IS SO ORDERED.**

              */s/ Paul S. Diamond*
              Paul S. Diamond, J.